**ORIGINAL**

# In the United States Court of Federal Claims

No. 14-948C

(Filed: July 6, 2015)

**FILED**

JUL - 6 2015

U.S. COURT OF
FEDERAL CLAIMS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THORNWELL F. SOWELL, III,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On June 26, 2015, the Court directed the parties in the above captioned case to file a joint status report indicating how they wish to proceed. On July 1, 2015, the parties filed a joint status report and indicated that the Plaintiff Thornwell F. Sowell, III, wished to stipulate to the dismissal of this action with prejudice. Accordingly, as requested by Plaintiff, the Court directs the Clerk of the Court to DISMISS this action with prejudice.

IT IS SO ORDERED.

THOMAS C. WHEELER
Judge